No. —, original. Ex parte Norman T. Whitaker. October 12, 1936. Motion for leave to file petition for write of habeas corpus denied.

No. —, original. Ex parte T. J. Hamilton. October 12, 1936. Motion for leave to file petition for writ of habeas corpus denied.

No. —, original. Ex parte Elza G. Wyatt. October 12, 1936. Motion for leave to file petition for writ of habeas corpus denied.

No. —, original. Ex parte William F. Wiltse. October 12, 1936. Motion for leave to file petition for writ of habeas corpus denied.